UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| DAVID DODD, STEPHEN MARABLE, | § | |
| and AMY MARABLE, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 6:14-CV-767-KNM |
| CLEARWATER BAY PROPERTY | § | |
| OWNERS ASSOCIATION, INC., | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF DAVID DODD'S CERTIFICATE OF INTERESTED PARTIES**

Pursuant to the Court's May 21, 2015 Scheduling Order, Plaintiff David Dodd certifies that the following individuals and entity are the only known parties who have a financial interest in this litigation:

1) David Dodd;

2) Stephanie Brown;

3) Stephen Marable;

4) Amy Marable;

5) Clearwater Bay Property Owners Association, Inc.

Dated: June 5, 2015.

                                                                Respectfully submitted,

                                                                /s/  Wayne Krause Yang_____
                                                                Wayne Krause Yang
                                                                State Bar No. 24032644
                                                                James C. Harrington
                                                                State Bar No. 09048500
                                                                Abigail Frank
                                                                State Bar No. 24069732

           TEXAS CIVIL RIGHTS PROJECT
           1405 Montopolis Dr.
           Austin, TX 78741-3438
            (512) 474-5073 (phone)
            (512) 474-0726 (fax)

           ATTORNEYS FOR DAVID DODD

         CERTIFICATE OF SERVICE

  This is to certify that a true and correct copy of the foregoing document has been filed through the Electronic Case Files System of the Eastern District of Texas on June 5, 2015, and therefore served on all counsel of record, including Justin A. Smith, counsel for Plaintiffs Stephen and Amy Marable, as well as Kevin Giddens, counsel for Defendant Clearwater Bay Property Owners, Association, Inc.

           /s/ Wayne Krause Yang
           Wayne Krause Yang