UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| DAVID DODD, STEPHEN MARABLE, and AMY MARABLE, § § § Plaintiffs, § § v. § § § CLEARWATER BAY PROPERTY § OWNERS ASSOCIATION, INC., § § § Defendant. § | CIVIL ACTION NO. 6:14-CV-767-KNM |

## NOTICE OF APPEARANCE

Abigail Frank of the Texas Civil Rights Project is admitted to practice in this Court and hereby notifies the Court and all parties of record that she is appearing in this case as counsel for Plaintiff David Dodd. She respectfully requests service of pleadings, orders, and notices from this Court and other documents filed in this civil action. Her office address, telephone number, fax number, and email address are as follows:

> TEXAS CIVIL RIGHTS PROJECT
> 1405 Montopolis Drive
> Austin, TX 78741
> (512) 474-5073 (phone)
> (512) 474-0726 (fax)
> abby@texascivilrightsproject.org

Dated: September 29, 2015

Respectfully submitted,

 /s/ Abigail Frank
Abigail Frank
Texas Bar No. 24069732
Wayne Krause Yang
Texas Bar No. 24032644
James C. Harrington
Texas Bar No. 09048500

TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, TX 78741
  (512) 474-5073 (phone)
  (512) 474-0726 (fax)

ATTORNEYS FOR DAVID DODD

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing document has been filed through the Electronic Case Files System of the Eastern District of Texas on September 28, 2015, and therefore served on all counsel of record, including Justin A. Smith, counsel for Plaintiffs Stephen and Amy Marable, as well as Kevin Giddens, counsel for Defendant Clearwater Bay Property Owners, Association, Inc.

/s/ Abigail Frank
Abigail Frank
